NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOUTHERN SNOW MANUFACTURING CO., INC., PARASOL FLAVORS, LLC, SIMEON, INC., PLUM STREET SNOBALLS, THEODORE EISENMANN, RAGGS SUPPLY, LP, SPECIAL T ICE CO., INC., SNOW INGREDIENTS, INC.** AND **VAN'S SNOWBALLS,**
*Plaintiffs-Appellants,*

AND

**HANOVER INSURANCE COMPANY,**
*Plaintiff-Appellant,*

AND

**BANISTER & CO., INC.** AND **MILTON G. WENDLING, JR.,**
*Counterclaim Defendant-Appellants,*

AND

**DOTY MANAGEMENT, LLC, JULIE K. DOTY** AND **RON ROBINSON,**
*Counterclaim Defendants,*

v.

**SNOWIZARD HOLDINGS, INC., SNOWIZARD EXTRACTS, INC.** AND **SNOWIZARD SUPPLIES,**

**INC.,**
*Defendants-Appellees,*

AND

**SNOWIZARD, INC. AND RONALD R. SCIORTINO,**
*Defendants-Cross-Appellants.*

---

2014-1389, -1698

---

Appeals from the United States District Court for the Eastern District of Louisiana in Nos. 06-CV-9170, 09-CV-3394, 10-CV-0791, and 11-cv-1499, Judge Nannette Jolivette Brown.

---

# O R D E R

The court having received Hanover's appeal pursuant to the court's order of March 28, 2014 in appeal No. 2013-1586 Southern Snow Manufacturing v. SnoWizard Holdings,

IT IS ORDERED THAT:

(1) The stay is lifted in appeal No. 2014-1389 and is now consolidated with appeal No. 2014-1698.

(2) The appellants brief is due within 60 days of the date of filing of this order.

FOR THE COURT

August 11, 2014        /s/ Daniel E. O'Toole
     Date              Daniel E. O'Toole
                       Clerk of Court